USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SIDNEY CALHOUN,

                Plaintiff,

      -against-                                   10 Civ. 0182 (LAK)

THE NEW YORK CITY DEPARTMENT OF
CORRECTION, et al.,

                Defendants.
------------------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        The motion of defendant The City of New York to dismiss the amended complaint [DI 43] is granted, substantially for the reasons set forth in the report and recommendation of Magistrate Judge Henry B. Pitman to which no objection has been filed. The action is dismissed as to all other defendants – except C.O. Abrams – for failure to make timely service of process. As the basis for dismissal as to the City is common to the claim against C.O. Abrams, the action is dismissed as to C.O. Abrams as well.

        The Clerk shall enter judgment and close the case.

        SO ORDERED.

Dated:     March 31, 2014

                                                  Lewis A. Kaplan
                                           United States District Judge